UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG CHEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SERGIO ALBARRAN, et. al.,<br><br>　　　　　Respondents. | No.  1:26-cv-00363-DAD-DMC-HC<br><br><br>ORDER |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 2243, the court will order Respondent to file a response to the pending petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response within 60 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/ / /

/ / /

/ / /

/ / /

1

  2. Petitioner's reply, if any, is due on or before 30 days from the date Respondent's response is filed.

Dated: January 26, 2026

_____  
DENNIS M. COTA  
UNITED STATES MAGISTRATE JUDGE