UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QIANG CHEN,

Petitioner,

v.

SERGIO ALBARRAN, et. al.,

Respondents.

No. 1:26-cv-00363-DAD-ICD-HC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 2, 13)

Petitioner Qiang Chen is a former federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On January 22, 2026, the undersigned granted petitioner's motion for a temporary restraining order (Doc. No. 2), ordered petitioner's immediate release from immigration detention, and referred the pending petition to the assigned magistrate judge. (Doc. No. 9.) On August 27, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 13.) Specifically, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated due process. (*Id.* at 2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of

service. (*Id.* at 3.) On August 29, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence stating that respondent objects for the reasons stated in respondent's prior briefing. (Doc. No. 14.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued August 27, 2026 (Doc. No. 13), are adopted in full.
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED;
3. The terms of the preliminary injunctive relief granted on January 22, 2026 (Doc. No. 9), are made permanent; and
4. The Clerk of the Court is directed to terminate the previously ruled upon motion for a temporary restraining order (Doc. No. 2), enter judgment in favor of petitioner, and close the case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE